UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin L Farmer**　　　　　　　　　　　　　　　　　　　　**Docket No. 7:01-CR-95-1F**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin L Farmer, who, upon an earlier plea of guilty to Distribution and Possession With Intent to Distribute Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), and Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on December 11, 2001, to the custody of the Bureau of Prisons for a term of 285 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On August 2, 2016, pursuant to 28 U.S.C. § 2255, the imprisonment sentence was reduced to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

　　Kevin L Farmer was released from custody on August 3, 2016, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant's prior criminal record consists of convictions for Taking Indecent Liberties With a Minor (2 counts). It is respectfully recommended that the conditions of supervised release be modified to include a psycho-sexual evaluation be conducted to determine if treatment is necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ J. Brock Knight<br>J. Brock Knight<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2030<br>Executed On: August 11, 2016 |

Kevin L Farmer
Docket No. 7:01-CR-95-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____11____ day of ____August____, 2016, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge