UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin L Farmer**                                              **Docket No. 7:01-CR-95-1F**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin L Farmer, who, upon an earlier plea of guilty to Distribution and Possession With Intent to Distribute Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), and Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on December 11, 2001, to the custody of the Bureau of Prisons for a term of 285 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On August 2, 2016, pursuant to 28 U.S.C. § 2255, the imprisonment sentence was reduced to time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Kevin L Farmer was released from custody on August 3, 2016, at which time the term of supervised release commenced.

A Petition for Action on Supervised Release was submitted to the court on August 11, 2016, requesting a modification of conditions to include a psycho-sexual evaluation, which was approved.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A psycho-sexual evaluation was completed by SOS Counseling on August 19, 2016, which revealed that the defendant would benefit from mental health counseling to address symptoms of victimization and personal barriers that supported the criminal behaviors that lead to offending behaviors. Consequently, it is respectfully recommended that the conditions of supervised release be modified to include a mental health condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Kevin L Farmer
Docket No. 7:01-CR-95-1F
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ J. Brock Knight
J. Brock Knight
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2030
Executed On: September 16, 2016

## ORDER OF THE COURT

Considered and ordered this __16__ day of __September__, 2016, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge